UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANULFO FERNANDEZ, | Case No. 25-CV-0662 (PJS/DJF) |
| Plaintiff, | |
| v. | ORDER |
| WARDEN FCI SANDSTONE, | |
| Defendant. | |

Anulfo Fernandez, pro se.

Ana H. Voss and Lucas B. Draisey, UNITED STATES ATTORNEY'S OFFICE, for defendant.

This matter is before the Court on plaintiff Anulfo Fernandez's objection to the March 28, 2025, Report and Recommendation ("R&R") of Magistrate Judge Dulce J. Foster. Judge Foster recommends denying Fernandez's habeas petition for lack of jurisdiction. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court OVERRULES plaintiff's objection [ECF No. 7] and ADOPTS the R&R [ECF No. 5]. IT IS HEREBY

ORDERED THAT plaintiff's petition for writ of habeas corpus [ECF No. 1] is

DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 1, 2025					 s/Patrick J. Schiltz
						Patrick J. Schiltz, Chief Judge
						United States District Court